JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WARD,<br><br>    Petitioner,<br><br>    v.<br><br>BOEING, Warden,<br><br>    Respondent. | Case No. CV 18-10790 JFW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: January 4, 2019

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE